```
USDC SDNY
DOCUMENT ELECTRONICALLY
FILED
DOC#: _____
DATE FILED: 9-21-23
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,

   -versus-

DERRICK RICHARDSON,

------------------------------------------------------------x

18-cr-420 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

  The Bureau of Prisons has requested clarification on whether the federal sentence for Derrick Richardson, register number 85844-054, should concurrently or consecutively with his New York state sentence, case number 01652-2018.  The Court orders that his federal sentence run CONCURRENTLY with his state sentence.

SO ORDERED.

Dated: September 21, 2023

New York, New York

*/s/ Andrew L. Carter, Jr.*

**ANDREW L. CARTER, JR.**
**United States District Judge**