**Law Office of Meredith S. Heller PLLC**
www.mshellerlaw.com

99 Park Avenue, Penthouse Suite
New York, NY 10016
Phone: (646) 661-1808
Fax: (646) 661-1746
msheller@mshellerlaw.com

July 2, 2025

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7/8/25

**VIA ECF**
Honorable Andrew L. Carter Jr.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

RE:   *United States v. Derrick Richardson*
      **18-cr-420 (ALC)**

Dear Judge Carter,

    This letter is submitted on behalf of my client, Derrick Richardson. Mr. Richardson seeks a 90-day adjournment of the violation of supervised release hearing, currently scheduled for July 8, 2025. The government does not oppose this request. This adjournment is requested because Mr. Richardson's current state and federal criminal cases, which form the basis for some, though not all, of the violation specifications, are still in preliminary stages. This adjournment will permit the parties to be better informed regarding the outcome of the underlying matters.

    Thank you for considering this request.

Respectfully Submitted,

*Meredith Heller*

Meredith S. Heller

Cc: A.U.S.A. Jun Xiang (via ECF)

The application is **GRANTED**. The violation of supervised release hearing is adjourned to 10/9/25 at 12 noon.
So Ordered. *Andrew L. Carter* 7/8/25