```
UNITED STATES DISTRICT COURT                    USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                   DOCUMENT
                                                ELECTRONICALLY FILED
------------------------------------------ x    DOC#: _____
UNITED STATES OF AMERICA,                  :    DATE FILED: 10/9/25
                                           :
                                           :
                                           :    18-CR-420 (ALC)
         - v. -                            :
                                           :
                                           :    ORDER
DERRICK RICHARDSON,                        :
                                           :
                     Defendant.            :
                                           :
------------------------------------------ x
```

ANDREW L. CARTER, JR., District Judge:

Today's Violation of Supervised Release Hearing is adjourned to **October 21, 2025**, at **12:30 p.m.**

SO ORDERED.

Dated:   New York, New York
         October 9, 2025

_____
ANDREW L. CARTER, JR.
United States District Judge