Law Office of Meredith S. Heller PLLC

**www.mshellerlaw.com**

99 Park Avenue, Penthouse Suite
New York, NY 10016
Phone: (646) 661-1808
Fax: (646) 661-1746
msheller@mshellerlaw.com

December 1, 2025

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: ___12/1/25___

**VIA ECF**

Honorable Andrew L. Carter Jr.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**RE:**   *United States v. Derrick Richardson*
       **18-cr-420 (ALC)**

Dear Judge Carter,

This letter is submitted on behalf of my client, Derrick Richardson. Mr. Richardson is currently scheduled to appear tomorrow, December 2, 2025, on the violations of supervised release in the above matter. Mr. Richardson is next appearing in state court in the Bronx on a related matter on January 6, 2026. It is respectfully requested that this matter be adjourned until after that date. The government, through A.U.S.A. Jun Xiang, consents to this request. This adjournment will permit the parties to be better informed regarding the outcome of all the underlying matters.

Thank you for considering this request.

Respectfully Submitted,

*[signature]*

Meredith S. Heller

Cc:  A.U.S.A. Jun Xiang (via ECF)

The application is **GRANTED**.  The Violation of Supervised Release hearing is adjourned to 1/22/26 at 12:30 p.m.
So Ordered.

*[signature]* 12/1/25